IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3126 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY E. PETERS, Secretary of the United States Department of Transportation, JOHN H. HILL, Administrator of the Federal Motor Carrier Safety Administration, and ELYSE MUELLER, Division Director of the Federal Motor Carrier Safety Administration, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The motion of counsel for the plaintiff to withdraw, filing no. 21, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Corporations may not proceed *pro se.* Therefore plaintiff is given until November 17, 2008 in which to obtain the services of substitute counsel and have that attorney file an appearance in its behalf.

DATED this 15th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge