IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARE, INC., | ) |
| | ) |
| Plaintiff, | )   4:08CV3126 |
| | ) |
| v. | ) |
| | ) |
| MARY E. PETERS, Secretary of | )   MEMORANDUM AND ORDER |
| the United States Department | ) |
| of Transportation, JOHN H. | ) |
| HILL, Administrator of the | ) |
| Federal Motor Carrier Safety | ) |
| Administration, and ELYSE | ) |
| MUELLER, Division Director of | ) |
| the Federal Motor Carrier | ) |
| Safety Administration, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff's counsel has withdrawn, and the plaintiff, being a corporation, cannot by law represent itself in this court. Rather, it must proceed with an attorney. There are a number of pending matters for plaintiff's immediate attention, including (a) hiring an attorney and having that attorney file an appearance in this case; (b) responding to the pending motion to dismiss; and (c) filing the corporate disclosure statement. If plaintiff does not hire an attorney, it cannot take the other actions. Failure to comply with the need for an attorney, therefore, may result in dismissal of this case.

IT THEREFORE HEREBY IS ORDERED:

1. Plaintiff is given until December 19, 2008 in which to hire substitute counsel and have that attorney file an appearance in this case, or to show cause why this matter should not be dismissed for failure to comply with the court's orders, **IN THE ABSENCE OF WHICH THIS CASE WILL BE SUBJECT TO DISMISSAL WITHOUT FURTHER NOTICE**.

    2.  The clerk shall send a copy of this memorandum and order to all known addresses of the plaintiff, by First Class Mail, postage paid.

    3.  The clerk shall also send a copy of this memorandum and order to former counsel of the plaintiff, with a request that former counsel forward a copy of it to any additional addresses of the plaintiff or its principals.  Former counsel is also respectfully requested to provide such addresses to the court, if appropriate.

    4. Plaintiff is given until December 31, 2008 in which to respond to the pending motion to dismiss, and to file the required corporate disclosure statement or show cause why this matter should not be dismissed for failure to comply with the court's orders, **IN THE ABSENCE OF WHICH THIS CASE WILL BE SUBJECT TO DISMISSAL WITHOUT FURTHER NOTICE**.

    DATED this 20th day of November, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge